Pro Se 11 2016

FILED ___
LODGED ___
RECEIVED ___

**MAIL**

JAN 27 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**22-CV- 88 JCC**

Tse, B.K.

                Plaintiff(s),

v.

Chin, Arnold

Lum, Joseph

Shiu, Brainerd

                Defendant(s)/Third-Party Plaintiff(s),

v.

Cascade View Condominiums

CASE NO. _____
[to be filled in by Clerk's Office]

THIRD-PARTY COMPLAINT

Jury Trial: ☐ Yes  x No

THIRD-PARTY COMPLAINT - 1

Pro Se 11 2016

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Tse, B.K. |
| Street Address | 808 Fir St., Unit 503 |
| City and County | Seattle, King County |
| State and Zip Code | WA 98104-5151 |
| Telephone Number | (253) 259-4761 |

B. Defendant(s)/Third-Party Plaintiff(s)

*Provide the information below for each defendant/third-party plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Cascade View Condominiums |
| Street Address | 206 25th Ave. E. |
| City and County | Seattle, King County |
| State and Zip Code | WA 98112 |
| Telephone Number | Demco Law  (206) 232-6000 |

C. Third-Party Defendant(s)

*Provide the information below for each third-party defendant named in the complaint, whether the third-party defendant is an individual, a government agency, an organization, or a corporation. For an individual third-party defendant, include the person's job or title (if known). Attach additional pages if needed.*

Third-Party Defendant No. 1

| | |
|---|---|
| Name | Chin, Arnold |
| Job or Title *(if known)* | Engineer |
| Street Address | 6516 8th S.E. |
| City and County | Mercer Island, King County |
| State and Zip Code | WA 98040 |

THIRD-PARTY COMPLAINT - 2

| | |
|---|---|
| Telephone Number | (206) 232-4947 |

**Third-Party Defendant No. 2**

| | |
|---|---|
| Name | Lum, Joseph |
| Job or Title *(if known)* | Priest |
| Street Address | 205 Mountain Peak Blvd. S.W. |
| City and County | Issaquah, King County |
| State and Zip Code | WA  98027 |
| Telephone Number | (425)587-1232 |

**Third-Party Defendant No. 3**

| | |
|---|---|
| Name | Shiu, Brainerd |
| Job or Title *(if known)* | Priest |
| Street Address | 2803 S. Orcas St. |
| City and County | Seattle, King County |
| State and Zip Code | WA  98108 |
| Telephone Number | (206) 725-0771 |

**Third-Party Defendant No. 4**

| | |
|---|---|
| Name | Wan, G.K. |
| Job or Title *(if known)* | Interpreter |
| Street Address | 1600 Seventh Ave., 14th Fl. |
| City and County | Seattle, King County |
| State and Zip Code | WA  98101 |
| Telephone Number | (206) 725-0771 |

THIRD-PARTY COMPLAINT - 3

## II. INITIAL COMPLAINT

A. *Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.*

KCSC 07-28663-2sea:  1) condominium flooring bylaw dispute 2) dispute over payment for maintenance materials unauthorized subsq deducted from homeowners dues

B. *State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.*

Answered through court appointed Guardian by proceeds from sale of condominium unit  Interest rate calculations subj to review.  Condominium sold at one half market value due to damages incurred by unauthorized Third-Party Defendant of fraudulent security clearance.

## III. THIRD-PARTY COMPLAINT

A. *Describe the nature of the relationship between you and the third-party defendant. Attach any contracts or documents showing the nature of the relationship.*

1. Church affiliation, 2. security clearance application reference once terminated and debriefed, 3. plaintiff to city code compliance violation.

B. *Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third-party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third-party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third-party defendant.*

Illegal entry and property damage subsequent; third-party defendant 100%.

Pro Se 11 2016

<u>Fifth place of residence under surveillance and invasion.</u>

## IV. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/25/22

Signature of Defendant/3rd Party: BK J

Printed Name Defendant/3rd Party: TSE, B.K.

Date of signing: 

Signature of Defendant/3rd Party: 

Printed Name Defendant/3rd Party: 

THIRD-PARTY COMPLAINT - 5

