THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.K. TSE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD CHIN, *et al.*,<br><br>    Defendants. | CASE NO. C22-0088-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court dismissed this case under 28 U.S.C. § 1915(a) for failure to state a claim upon which relief could be granted. (Dkt. No. 9.) Plaintiff continues to file assorted documents. (*See* Dkt. Nos. 11, 12, 13, 14, 15, 16, 17, 18.) Excepting a notice of appeal, no further filings will be accepted in this case as this matter remains closed.

DATED this 21st day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-0088-JCC
PAGE - 1